IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:09-CR-180 |
| | § | Judge Crone |
| DAVID HOBLIT | § | |

**FINAL ORDER OF FORFEITURE**
**RELATING TO SUBSTITUTE PROPERTY OF DEFENDANT**

On April 2, 2010, this Court entered a Preliminary Order of Forfeiture Relating to Substitute Property of Defendant, pursuant to the provisions of 21 U.S.C. § 853.

The United States posted notice of the forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 7, 2010, and ending on May 6, 2010, as required by 21 U.S.C. § 853(n)(1), Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case.

It appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's preliminary order of forfeiture.

It is HEREBY ORDERED, ADJUDGED, and DECREED:

1.  That the right, title and interest to all of the hereinafter described property of the defendant named is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law: $125,000.00 tendered by defendant in satisfaction of a money judgment.

2. That the forfeited property shall be disposed of by the United States and/or the custodial agency in such manner as the United States Attorney General may direct.

SIGNED at Beaumont, Texas, this 18th day of July, 2010.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE